UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS EDUARDO UZHCA individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>FELLOS NYC CONSTRUCTION CORP., CASTILLO CONTRACTORS INC., and ALFREDO FERNANDO BAQUIAX TACAM, as an individual,<br><br>Defendants. | CIVIL ACTION NO: 20-CV-3021<br><br>STIPULATION AND ORDER OF DISMISSAL AS WITHOUT PREJUDICE |

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted by Plaintiff Luis Eduardo Uzhca be withdrawn, discontinued and dismissed, as against all Defendants, without prejudice and without costs or attorneys' fees, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road
Kew Gardens, NY 11415

By: _/s/ James O'Donnell_____
James O'Donnell, Esq.
jamespodonnell86@gmail.com
Attorney for Plaintiffs

The Law Offices of Peter Metis
46 Trinity Place, 5th Floor
New York, NY 10006

By: _/s/ Peter Metis_____
Peter Metis, Esq.
pmetis@metislawoffice.com
Attorney for Defendants

SO-ORDERED on this ____ of _____, 2021:

_____
The Hon. _____

Application Granted
SO ORDERED
Brooklyn, New York
Dated: __8/31/2021__

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

**THE CLERK IS DIRECTED TO CLOSE THIS CASE.**